IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADLEY SMITH,

    Plaintiff,                    No. CIV S-05-1226 DAD

    vs.

LINDA S. McMAHON, Acting Commissioner of Social Security,[1]

    Defendant.
_____/

BRADLEY SMITH,

    Plaintiff,                    No. CIV S-06-2373 KJM

    vs.

LINDA S. McMAHON, Acting Commissioner of Social Security,

    Defendant.                RELATED CASE ORDER
_____/

    Examination of the above-entitled actions reveals that the actions are related within the meaning of Local Rule 83-123(a). The actions involve the same parties and are based

---

[1] On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security. Ms. McMahon is substituted as defendant in each of these actions pursuant to 42 U.S.C. § 405(g) and Fed. R. Civ. P. 25(d)(1).

1  on the same or similar claims.  Accordingly, the assignment of the matters to the same magistrate
2  judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient
3  for the parties.
4          The parties should be aware that relating the cases under Local Rule 83-123
5  merely has the result that both actions are assigned to the same magistrate judge; no
6  consolidation of the actions is effected.  Under the regular practice of this court, related cases are
7  generally assigned to the magistrate judge to whom the first filed action was assigned.
8          IT IS THEREFORE ORDERED that the action denominated CIV S-06-2373
9  KJM be, and the same hereby is, reassigned to Magistrate Judge Dale A. Drozd for all further
10 proceedings, and any dates currently set in this reassignment case only are vacated.  Henceforth,
11 the caption on documents filed in the reassigned case shall be shown as CIV S-06-2373 DAD.
12         IT IS FURTHER ORDERED that the Clerk of Court shall make appropriate
13 adjustment in the assignment of civil cases to compensate for this reassignment.
14 DATED: February 8, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.socsec\smith1226.related

2